UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL GUTMAN,

                Plaintiff,

- against -

THE COLLEGE NETWORK, INC.

                Defendant.

------------------------------------------------------------------X

CV-06-1173
(Daniels, J.)

**STIPULATION OF**
**DISCONTINUANCE**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for all parties in the above-captioned action that, the above-entitled action be, and the same hereby is, discontinued with prejudice, without costs to any of the parties hereto as against the other.

IT IS FURTHER STIPULATED THAT all signatures by facsimile shall be deemed as originals; the parties shall execute this stipulation in counterparts.

Dated:     New York, New York
            July 31, 2007

REISMAN, PEIREZ & REISMAN, L.L.P.

By: _____
E. Christopher Murray, Esq.(EM 8980)
*Attorneys for Plaintiff*
1305 Franklin Avenue
Garden City, New York 11530
(516) 746-7799

BRAVERMAN & ASSOCIATES, P.C

By: _____
Ian Brandt, Esq. (IB 9581)
*Attorneys for Defendant*
331 Madison Avenue, 3rd Fl.
New York, New York 10017
(212)682-2900

{00043929;1}